52 A.3d 1199

**John J. LYNCH, Sr., Petitioner**

v.

**Joseph EVERS, Chief Clerk and Prothonotary 1st Judicial District of Pennsylvania and the Honorable Judges Pamela Pryor Dembe; D. Webster Keogh; Frank Palumbo; Robert P. Coleman and Karen Reid Bramblett, Prothonotary for the Superior Court of Penna., Respondents.**

**No. 82 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 22, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2012, the "King's Bench Application for Extraordinary Relief" is **DISMISSED,**

206

and the Prothonotary is directed to forward the filing to counsel of record. *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to strike the names of the jurists from the caption.